An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MIGUEL OMAR OJEDA-ENRIQUEZ,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62656

**FILED**

JUL 2 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malone_
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of two counts of sexual assault on a child. Second Judicial District Court, Washoe County; Patrick Flanagan, Judge.

Appellant Miguel Omar Ojeda-Enriquez claims that the district court abused its discretion by running his sentences consecutively without articulating a basis for the imposition of consecutive sentences.

It is within the district court's discretion to impose consecutive sentences. *See* NRS 176.035(1); *Warden v. Peters*, 83 Nev. 298, 303, 429 P.2d 549, 552 (1967). *See generally, Houk v. State*, 103 Nev. 659, 664, 747 P.2d 1376, 1379 (1987) ("The sentencing judge has wide discretion in imposing a sentence. . . ."). This court will refrain from interfering with the sentence imposed "[s]o long as the record does not demonstrate prejudice resulting from consideration of information or accusations founded on facts supported only by impalpable or highly suspect evidence." *Silks v. State*, 92 Nev. 91, 94, 545 P.2d 1159, 1161 (1976). The sentences of 35 years to life imposed in this case are within the parameters provided by the relevant statute, *see* NRS 200.366(3)(c), and we are not convinced that the district court abused its discretion in imposing consecutive

13-21449

sentences considering the nature of the offenses, duration of the crimes over a 13-month period, age of the victim, and the paternal-type relationship that existed between Ojeda-Enriquez and the victim. While NRS 176.035(1) provides that a concurrent sentence is the default sentence if the court fails to reference a subsequent sentence as either concurrent or consecutive, the statute does not require the district court to articulate the facts that support its decision to impose consecutive sentences and we decline to impose such a requirement. Accordingly, we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Hardesty

_____, J.          _____, J.
Parraguirre                                          Cherry

cc:    Hon. Patrick Flanagan, District Judge
       Washoe County Public Defender
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk